IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DERRELL R. NETTERVILLE** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:06CV1098** |
| | § | |
| **WEYERHAEUSER COMPANY,** | § | |
| **JOHN T. ARMSTRONG, JR., and HON.** | § | |
| **LARRY BUFFINGTON, CHANCERY** | § | |
| **JUDGE FOR THE 13TH CHANCERY** | § | |
| **JUDICIAL DISTRICT OF THE STATE** | § | |
| **OF MISSISSIPPI** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on Defendants' Motions to Dismiss [12 and 31], the Court, after a full review and consideration of the Defendants' Motions, Plaintiff's Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [12] of Defendant Larry Buffington is **GRANTED**. Plaintiff's claims against Defendant Larry Buffington are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion to Dismiss [31] of Defendants Weyerhaeuser Company and John T. Armstrong, Jr. is **GRANTED**. Plaintiff's claims against Defendants Weyerhaeuser Company and John T. Armstrong, Jr. are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 13th day of June, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE